ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 0 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.
ORDENER GARCIA CEDANO

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:07-MJ-0125

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 14, 2007,</u> in <u>DeKalb</u> County, in the Northern District of Georgia defendant did,

move and travel in interstate commerce between Georgia and New York to avoid prosecution for the crime of murder, which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Complainant
MICHAEL T. GREENE
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

February 6, 2007                                        at    Atlanta, GA
Date                                                          City and State

E. CLAYTON SCOFIELD, III
United States Magistrate Judge                            _____
Name and Title of Judicial Officer                        Signature of Judicial Officer
AUSA Mary C. Roemer

**AFFIDAVIT**

1. Your affiant, Michael T. Greene, is a special agent with the Atlanta Office of the Federal Bureau of Investigation.

2. On January 29, 2007, Investigator Richard Berkowitz, DeKalb County, Georgia Sheriff's Department advised the affiant as follows:

    (a) On December 14, 2006, an arrest warrant was issued by the DeKalb County Magistrate Court, charging ORDENER GARCIA CEDANO with 12/10/06 murder of Raynond Pichardo at 1817 Mountain Industrial Blvd., Stone Mountain, Georgia Pichardo was stabbed to death with a knife.

    (b) Investigator Berkowitz received information from a confidential source that CEDANO fled the State of Georgia and traveled to the State of New York.

    (c) Further investigation by the DeKalb County Sheriff's Department and Police Department determined that CEDANO may have associates and family residing in the States of New York.

3. The DeKalb County Sheriff's Department, will extradite CEDANO from any jurisdiction in which he is apprehended.